UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | JANUARY 30, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, **Officer Martinez and Officer Johnson**, in addition to my appearance as Attorney for the defendants, Officer Henderson, Bruce Marquis and the City of Hartford, in the above-entitled case.

      THE DEFENDANTS:
      OFFICER HENDERSON,
      OFFICER MARTINEZ,
      OFFICER JOHNSON,
      CITY OF HARTFORD, AND
      BRUCE MARQUIS

By_____
James J. Szerejko of
HALLORAN & SAGE LLP
Fed. Bar #ct04326
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 30th day of January, 2004, I hereby mailed a copy of the foregoing to:

Donald E. Freeman, Esq.
Deron Freeman, Esq.
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106

_____
James J. Szerejko

510257.1(HS-FP)

- 2 -