UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | JANUARY 30, 2004 |

MOTION BY CONSENT FOR ENLARGEMENT OF TIME
WITHIN WHICH TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

The defendants, Officers Henderson, Martinez and Johnson, Bruce Marquis and the City of Hartford, with the consent and request of the plaintiff, hereby respectfully request an enlargement of time within which to complete discovery and file dispositive motions for an additional sixty (60) days, to and including March 31, 2004, within which to complete discovery, and to and including May 31, 2004, within which to file dispositive motions, and state that same is for good cause as follows:

Counsel for the plaintiff and defendants have recently been involved in other matters that have precluded them from advancing the discovery herein, as originally contemplated. Although one deposition has been taken, and interrogatories and production requests have been filed along with compliance, further discovery is necessary and has not been undertaken since the plaintiff has amended his complaint to add additional defendants herein. The additional time requested is necessary to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

properly prepare this matter for trial, and to refine issues that could be the subject of dispositive motions.

Plaintiff's counsel has been contacted concerning this motion, and indicates that he consents to same and supports the requests for additional time.

This is the defendants', joined by the plaintiff, <u>first</u> motion for enlargement of time within which to extend the deadlines for completing discovery and filing dispositive motions.

WHEREFORE, for the foregoing reasons, the defendants, joined by the plaintiff, respectfully request that the time for completing discovery and filing dispositive motions be extended as set forth herein.

        THE DEFENDANTS:
        OFFICER HENDERSON,
        OFFICER MARTINEZ,
        OFFICER JOHNSON,
        CITY OF HARTFORD, AND
        BRUCE MARQUIS

By_____
James J. Szerejko of
HALLORAN & SAGE  LLP
Fed. Bar #ct04326
One Goodwin Square
225 Asylum Street
Hartford, CT  06103
(860) 522-6103

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

     This is to certify that on this 30th day of January, 2004, I hereby mailed a copy of the foregoing to:

Donald E. Freeman, Esq.
Deron Freeman, Esq.
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106

                                                                                               James J. Szerejko

510254.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105