

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | JANUARY 30, 2004 |

### MOTION BY CONSENT FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

The defendants, Officers Henderson, Martinez and Johnson, Bruce Marquis and the City of Hartford, with the consent and request of the plaintiff, hereby respectfully request an enlargement of time within which to complete discovery and file dispositive motions for an additional sixty (60) days, to and including March 31, 2004, within which to complete discovery, and to and including May 31, 2004, within which to file dispositive motions, and state that same is for good cause as follows:

Counsel for the plaintiff and defendants have recently been involved in other matters that have precluded them from advancing the discovery herein, as originally contemplated. Although one deposition has been taken, and interrogatories and production requests have been filed along with compliance, further discovery is necessary and has not been undertaken since the plaintiff has amended his complaint to add additional defendants herein. The additional time requested is necessary to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

*Margin note (rotated):* GRANTED. Discovery shall be completed by March 31, 2004. Dispositive motions, if any, shall be filed on or before May 31, 2004. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered. Alvin W. Thompson, U.S.D.J., Hartford, CT 2/4/04