UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | MARCH 30, 2004 |

**MOTION BY CONSENT FOR ENLARGEMENT OF TIME
WITHIN WHICH TO COMPLETE DISCOVERY**

The defendants, Officers Henderson, Martinez, Johnson, Bruce Marquis and the City of Hartford, with the consent of the plaintiff, hereby respectfully request an enlargement of time of thirty (30) days within which to complete discovery, to and including May 1, 2004, and state that same is for good cause as follows.

The deposition of the plaintiff was originally scheduled for February and was rescheduled until March 24, 2004, due to the trial schedule of plaintiff's counsel. It was not until that date, that the address of an eyewitness, was provided to counsel for the defendants. Counsel for the defendants, now having this information, intends to conduct the deposition of the witness, Sherrille Williams.

The additional time contemplated by this motion should not delay the balance of the schedule developed by the parties, and approved by the Court. However, the

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

defendants maintain that the taking of the deposition of Ms. Williams is necessary to properly prepare this matter for trial.

Plaintiff's counsel has been contacted concerning this motion, and he indicates that he consents to same and has no objection thereto.

This is the defendants' <u>second</u> motion for enlargement of time within which to extend the deadline for completing discovery as consented to by plaintiff's counsel.

WHEREFORE, for the foregoing reasons, the undersigned defendants, joined by the plaintiff, respectfully request that the time for completing discovery be extended, as set forth herein for the reasons stated.

        THE DEFENDANTS:
        OFFICER HENDERSON;
        OFFICER MARTINEZ;
        OFFICER JOHNSON;
        BRUCE MARQUIS;
        CITY OF HARTFORD

By_____
  James J. Szerejko of
  HALLORAN & SAGE LLP
  Fed. Bar #ct04326
  One Goodwin Square
  225 Asylum Street
  Hartford, CT  06103
  (860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

    This is to certify that on this 30th day of March, 2004, I hereby mailed a copy of the foregoing to:

Donald E. Freeman, Esq.
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106

 

                                                        _____
                                                        James J. Szerejko

533227.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105