33

FILED

2004 MAR 31 P ⎵ 1:

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | MARCH 30, 2004 |

### MOTION BY CONSENT FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLETE DISCOVERY

The defendants, Officers Henderson, Martinez, Johnson, Bruce Marquis and the City of Hartford, with the consent of the plaintiff, hereby respectfully request an enlargement of time of thirty (30) days within which to complete discovery, to and including May 1, 2004, and state that same is for good cause as follows.

The deposition of the plaintiff was originally scheduled for February and was rescheduled until March 24, 2004, due to the trial schedule of plaintiff's counsel. It was not until that date, that the address of an eyewitness, was provided to counsel for the defendants. Counsel for the defendants, now having this information, intends to conduct the deposition of the witness, Sherrille Williams.

The additional time contemplated by this motion should not delay the balance of the schedule developed by the parties, and approved by the Court. However, the

GRANTED. Discovery shall be completed by May 1, 2004. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 4/9/04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105