UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | MAY 26, 2004 |

**MOTION BY CONSENT FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE DISPOSITIVE MOTIONS**

The defendants, Officers Henderson, Martinez, Johnson, Bruce Marquis and the City of Hartford, hereby respectfully request an enlargement of time of thirty (30) days within which to file dispositive motions, to and including June 30, 2004, and state that same is for good cause as follows.

Counsel for the defendants has been preoccupied with the impending trial in a matter styled *Watts v. City of Hartford, et al*, before the District Court in Hartford, in addition to conducting and defending numerous depositions in another matter pending before the Superior Court in Hartford styled *Reid, et al v. Maldonado, et al*, and was unable to give the requisite attention to the filing of any possible dispositive motion herein.

Counsel for the plaintiff has been contacted concerning this motion, and he consents to same.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

This is the defendants' <u>second</u> request for an enlargement of time within which to file dispositive motions.

WHEREFORE, for the foregoing reasons, the defendants respectfully request that the time for filing dispositive motions be extended for the period requested and for the reasons given.

                                         THE DEFENDANTS:
                                         OFFICER HENDERSON;
                                         OFFICER MARTINEZ;
                                         OFFICER JOHNSON;
                                         BRUCE MARQUIS;
                                         CITY OF HARTFORD


By_____
   James J. Szerejko of
   HALLORAN & SAGE  LLP
   Fed. Bar #ct04326
   One Goodwin Square
   225 Asylum Street
   Hartford, CT  06103
   (860) 522-6103
   szerejko@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 26th day of May, 2004, I hereby mailed a copy of the foregoing to:

Deron Freeman, Esq.
Donald E. Freeman, Esq.
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106

 

                                                                        James J. Szerejko

554214.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105