FILED

2004 MAY 27 A 10: 53

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | MAY 26, 2004 |

### MOTION BY CONSENT FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE DISPOSITIVE MOTIONS

The defendants, Officers Henderson, Martinez, Johnson, Bruce Marquis and the City of Hartford, hereby respectfully request an enlargement of time of thirty (30) days within which to file dispositive motions, to and including June 30, 2004, and state that same is for good cause as follows.

Counsel for the defendants has been preoccupied with the impending trial in a matter styled *Watts v. City of Hartford, et al*, before the District Court in Hartford, in addition to conducting and defending numerous depositions in another matter pending before the Superior Court in Hartford styled *Reid, et al v. Maldonado, et al*, and was unable to give the requisite attention to the filing of any possible dispositive motion herein.

Counsel for the plaintiff has been contacted concerning this motion, and he consents to same.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

GRANTED. Dispositive motions, if any, shall be filed on or before June 30, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 5/28/04