UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | JUNE 14, 2004 |

**MOTION BY CONSENT FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE DISPOSITIVE MOTIONS**

Pursuant to Local Rule 7(b), the defendants, Officers Henderson, Martinez, Johnson, Bruce Marquis and the City of Hartford, hereby respectfully request an enlargement of time of fifteen (15) days within which to file dispositive motions, to and including July 15, 2004, and state that same is for good cause as follows.

As indicated in the defendants' most recent motion, counsel for the undersigned defendants had selected a jury and was about to commence trial in a matter in the District Court, as well as recently defending numerous depositions in a state court matter. The matter in the District Court has settled, as of June 10, 2004, and counsel for the undersigned defendants is now in the process of filing dispositive motions in the near future in two (2) other matters in the District Court.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

As a result, additional time is necessary to properly analyze the issues presented in this case, and to make a complete and comprehensive filing of any motion for summary judgment herein.

Counsel for the plaintiff has been contacted concerning this motion, and he consents to same.

This is the defendants' <u>third</u> request for an enlargement of time within which to file dispositive motions.

**WHEREFORE**, for the foregoing reasons, the defendants respectfully request that the time for filing dispositive motions be extended for the period requested, and for the reasons stated.

        **THE DEFENDANTS:**
        **OFFICER HENDERSON;**
        **OFFICER MARTINEZ;**
        **OFFICER JOHNSON;**
        **BRUCE MARQUIS;**
        **CITY OF HARTFORD**

By_____
   James J. Szerejko of
   **HALLORAN & SAGE LLP**
   Fed. Bar #ct04326
   One Goodwin Square
   225 Asylum Street
   Hartford, CT  06103
   (860) 522-6103
   szerejko@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

      This is to certify that on this 14th day of June, 2004, I hereby mailed a copy of the foregoing to:

Deron Freeman, Esq.
Donald E. Freeman, Esq.
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106

                                                        James J. Szerejko

559061.1(HS-FP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105