UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSLYN ROBINSON       :    CIVIL ACTION
                    :    NO. 3:02CV2120 (AWT)

V.                          :

OFFICER HENDERSON,        :
THE CITY OF HARTFORD,      :
BRUCE MARQUIS,            :
JOHN DOE OFFICERS        :    JUNE 14, 2004

## MOTION BY CONSENT FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE DISPOSITIVE MOTIONS

Pursuant to Local Rule 7(b), the defendants, Officers Henderson, Martinez,

Johnson, Bruce Marquis and the City of Hartford, hereby respectfully request an

enlargement of time of fifteen (15) days within which to file dispositive motions, to and

including July 15, 2004, and state that same is for good cause as follows.

As indicated in the defendants' most recent motion, counsel for the undersigned

defendants had selected a jury and was about to commence trial in a matter in the

District Court, as well as recently defending numerous depositions in a state court

matter. The matter in the District Court has settled, as of June 10, 2004, and counsel

for the undersigned defendants is now in the process of filing dispositive motions in the

near future in two (2) other matters in the District Court.

Extension GRANTED, to and including

July 15 , 2004 . It is so ordered.

Alvin W. Thompson, U.S.D.J.

Hartford, CT   6/19/04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105