UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| OFFICER HENDERSON, ET AL | : | JULY 15, 2004 |

**ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFF'S AMENDED COMPLAINT**

COUNT I

    1.    As to that portion of paragraph 1 that alleges "The Court has jurisdiction of this action under 42 U.S.C. § 1983 and 28 U.S.C. § 1343," same is admitted. The remaining allegations contained of said paragraph are denied.

    2.    The allegations contained in paragraph 2 are admitted.

    3.    As to the allegations contained in paragraph 3, the plaintiff is left to his proof.

    4.    As to that portion of paragraph 4 that alleges that the defendants "Officer Henderson, Officer Martinez, Officer Johnson were police officers for the City of Hartford," same is admitted. As to the remaining allegations of said paragraph, the plaintiff is left to his proof.

    5.    The allegations contained in paragraph 5 are admitted.

    6.    As to the allegations contained in paragraph 6, the plaintiff is left to his proof.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105