UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
|     Plaintiff | : | NO. 3:02 CV2120 (AWT) |
| V. | : | |
| HENDERSON, MARTINEZ, JOHNSON, MARQUIS AND CITYOF HARTFORD | : : | |
|     Defendants | : | JULY 15, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7 and 56, the defendants, City of Hartford, Detective Alfred Henderson, Detective Anthony Martinez, Detective Renaul Johnson, and former Chief Bruce Marquis, respectfully move this court to enter judgment in their favor as to all claims directed to them in the plaintiff's Amended Complaint. In supported of this motion, the defendants submit the attached Memorandum of Law and Statement of Undisputed Material Facts.

    THE DEFENDANTS:
    HENDERSON, MARTINEZ, JOHNSON,
    MARQUIS AND CITY OF HARTFORD

BY: _____
    James J. Szerejko
    Fed. Bar No. ct04326
    **HALLORAN & SAGE LLP**
    225 Asylum Street
    Hartford, CT  06103
    Tel. No.: (860) 522-6103
    Fax No.: (860) 548-0006
    E-mail:  szerejko@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

      This is to certify that on this 15th day of July, 2004, the foregoing was caused to be mailed, postpaid, to:

Deron Freeman, Esq.
Donald E. Freeman, Esq.
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106
Phone: 860-728-0359

 

_____
James J. Szerejko

571167_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105