UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| HENDERSON, MARTINEZ, JOHNSON, | : | |
| MARQUIS AND CITY OF HARTFORD | : | JULY 14, 2004 |

## AFFIDAVIT OF DETECTIVE ALFRED HENDERSON

STATE OF CONNECTICUT   )
                       :   ss. Hartford
COUNTY OF HARTFORD     )

I, **ALFRED HENDERSON**, being duly sworn depose and state as follows:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I make this Affidavit based on personal knowledge.

3. I am currently, and at all relevant times have been, employed by the Hartford Police Department as a detective.

4. On July 27, 2001, I was assigned to the joint Hartford Police Department and Connecticut State Police Narcotics Enforcement Initiative.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5. On that date and in that capacity, I was patrolling certain Hartford streets in an unmarked narcotics van with Detectives Renaul Johnson, Anthony Martinez and State Trooper Perez.

6. The area we were patrolling is and was known for drug trafficking and violence.

7. At approximately 7:45 p.m., we were traveling north on Burton Street in the van when Detective Johnson stated that there was a man getting into a car and that he thought he saw a gun tucked into this man's waistband.

8. The man has since been identified as Joslyn Robinson.

9. I immediately looked up and observed Mr. Robinson now sitting in the driver's side of the vehicle that was parked on Burton Street.

10. I also asked Detective Johnson if he was sure about what he had seen and he replied in the affirmative.

11. We then approached the vehicle in our van and positioned it in such a way that would allow us to exit the van and at the same time prevent Mr. Robinson from leaving.

12. We then exited the van and approached Mr. Robinson with our badges out and clearly identified ourselves as police officers.

13. I proceeded to the driver's side of the vehicle, asked Mr. Robinson to exit the vehicle, and explained that we were stopping him because we believed that he had a gun.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

14. Mr. Robinson complied and exited his vehicle.

15. I then asked Mr. Robinson to put his hands on the roof of the vehicle which he did.

16. I was just about to begin my pat down of Mr. Robinson when Detective Martinez asked me to move him out of the way of the driver's side door in order to provide him with access for a search of the vehicle.

17. At that point, I was holding onto a portion of Mr. Robinson's pants in anticipation of conducting the pat down.

18. Mr. Robinson moved away from the driver's side door while I still had a hold of his pants and still had his hands on the vehicle's roof.

19. Detective Martinez then entered the driver's side area of the vehicle in an effort to begin the search of same.

20. At that point, Mr. Robinson attempted to flee.

21. Specifically, he took his hands off of the vehicle and started running down the street while I was still holding onto his pants.

22. I braced myself in order to stop him and was able to get him to the ground.

23. Once on the ground, however, Mr. Robinson continued to struggle with me and resist my efforts to subdue him.

24. As such, Detectives Martinez, Johnson and Trooper Perez had to come to my assistance in handcuffing him.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

25. While on the ground, before and after being handcuffed, Mr. Robinson was shouting and creating a commotion such that a crowd was drawn to where we were.

26. That crowd was shouting and cursing at us, and the situation was escalating.

27. In an effort to diffuse a potentially dangerous situation, we decided to remove Mr. Robinson from the location on Burton Street to Keney Park in order to complete his arrest form.

28. This is a common practice we utilize in such situations to diffuse a crowd and take a suspect or an arrestee to a neutral site.

29. We then brought Mr. Robinson to Keney Park at which time he maintained a hostile attitude toward us.

30. Thereafter, Mr. Robinson was transported by other police personnel in a prisoner transport vehicle to the Hartford Police Department detention facility where he was officially charged with interfering with police and breach of peace. I had no further contact with him that evening.

31. We were unable to complete our search of his vehicle because when we returned to the scene on Burton Street, it had been moved away.

32. I had nothing to do with establishing the amount of Mr. Robinson's bail bond.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

_____
Alfred Henderson

Subscribed and sworn before me this 14th day of July, 2004.

_____
Notary Public
My Commission Expires

565287-1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105