UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| HENDERSON, MARTINEZ, JOHNSON, | : | |
| MARQUIS AND CITY OF HARTFORD | : | JULY 15, 2004 |

### AFFIDAVIT OF DETECTIVE RENAUL JOHNSON

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | : | ss. Hartford |
| COUNTY OF HARTFORD | ) | |

I, **RENAUL JOHNSON**, being duly sworn depose and state as follows:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I make this Affidavit based on personal knowledge.

3. I am currently, and at all relevant times have been, employed by the Hartford Police Department as a detective.

4. On July 27, 2001, I was assigned to the joint Hartford Police Department and Connecticut State Police Narcotics Enforcement Initiative.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5. On that date and in that capacity, I was patrolling certain Hartford streets in an unmarked narcotics van with Detectives Alfred Henderson, Anthony Martinez and State Trooper Perez.

6. At approximately 7:45 p.m., we were traveling north on Burton Street in the van when I observed a man, now identified as Joslyn Robinson.

7. When I observed Mr. Robinson, he was about to get into the driver's side of a vehicle parked on Burton Street.

8. I observed him look quickly to the left and the right before he proceeded to enter the vehicle.

9. I also observed what I believe was a gun tucked into Mr. Robinson's waistband.

10. I immediately reported what I had seen to Detectives Henderson and Martinez and to Trooper Perez.

11. At that point, we approached the vehicle in our van and positioned it in such a way that would allow us to exit the van and at the same time prevent Mr. Robinson from leaving.

12. We then exited the van and approached Mr. Robinson with our badges out and identified ourselves as police officers.

13. Detective Henderson proceeded to the driver's side of the vehicle to deal with Mr. Robinson while I proceeded to the passenger side of the vehicle to deal with a female passenger/companion who has been identified as Sherrille Williams.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

14. While I was speaking with Ms. Williams and explaining what we were doing, I was aware that Detective Henderson had escorted Mr. Robinson from the vehicle and was attempting a standard pat down.

15. At some point shortly thereafter, Mr. Robinson attempted to flee.

16. Specifically, he started running down the street while Detective Henderson was still holding onto his pants.

17. Detective Henderson was able to get Mr. Robinson to the ground.

18. Once on the ground, however, Mr. Robinson continued to struggle with Detective Henderson and resist his efforts to subdue him.

19. As such, I, along with Detective Martinez and Trooper Perez came to Detective Henderson's assistance in order to handcuff Mr. Robinson.

20. While on the ground, before and after being handcuffed, Mr. Robinson was shouting and creating a commotion such that a crowd was drawn to where we were.

21. That crowd was shouting and cursing at us and escalating the situation.

22. In an effort to diffuse a potentially dangerous situation, we decided to remove Mr. Robinson from the location on Burton Street to Keney Park in order to complete his arrest form.

23. This is a common practice we utilize in such situations.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

24. We then brought Mr. Robinson to Keney Park at which time he maintained a hostile attitude toward us.

25. Thereafter, Mr. Robinson by other police officers to the Hartford Police Department detention facility, where he was officially charged with interfering with police and breach of peace.

26. We were unable to complete our search of the vehicle because when we returned to the scene, it had been removed by someone.

27. I had nothing to do with establishing the amount of Mr. Robinson's bail bond.

                                              Renaul Johnson

Subscribed and sworn before me this ____ day of July, 2004.

                                              Notary Public
                                              My Commission Expires

565298-1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105