UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| HENDERSON, MARTINEZ, JOHNSON, | : | |
| MARQUIS AND CITY OF HARTFORD | : | JULY 15, 2004 |

### AFFIDAVIT OF DETECTIVE ANTHONY MARTINEZ

| | | |
|---|---|---|
| STATE OF CONNECTICUT | ) | |
| | : | ss. Hartford |
| COUNTY OF HARTFORD | ) | |

I, **ANTHONY MARTINEZ**, being duly sworn depose and state as follows:

1. I am over eighteen years of age and believe in the obligations of an oath.

2. I make this Affidavit based on personal knowledge.

3. I am currently, and at all relevant times have been, employed by the Hartford Police Department as a detective.

4. On July 27, 2001, I was assigned to the joint Hartford Police Department and Connecticut State Police Narcotics Enforcement Initiative.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5. On that date and in that capacity, I was patrolling certain Hartford streets in an unmarked narcotics van with Detectives Renaul Johnson, Alfred Henderson and State Trooper Perez.

6. The area we were patrolling is and was known for drug trafficking and violence.

7. At approximately 7:45 p.m., we were traveling north on Burton Street in the van when Detective Johnson stated that there was a man getting into a car and that he thought he saw a gun tucked into this man's waistband.

8. The man has since been identified as Joslyn Robinson.

9. At that point, we approached the vehicle in our van and positioned it in such a way that would allow us to exit the van and at the same time prevent Mr. Robinson from leaving.

10. We then exited the van and approached Mr. Robinson with our badges out and identified ourselves as police officers.

11. Detective Henderson proceeded to the driver's side of the vehicle to deal with Mr. Robinson and Detective Johnson proceeded to the passenger side of the vehicle to deal with a female passenger/companion who has since been identified as Sherrille Williams.

12. It was my intention to conduct a search of the vehicle.

13. Because Detective Henderson had escorted Mr. Robinson from the vehicle, and had remained standing with him in a manner that blocked access to the driver's

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

side of the vehicle, I asked him to move Mr. Robinson out of the way of the driver's side door so that I could have access for my search.

14. Detective Henderson and Mr. Robinson complied with my request and I then proceeded to enter the driver's side of the vehicle in an effort to begin my search.

15. Immediately thereafter, Mr. Robinson attempted to flee.

16. Specifically, he took his hands off the vehicle and started running down the street with Detective Henderson still holding on to his pants.

17. I observed that Detective Henderson was able to get Mr. Robinson to the ground.

18. Once on the ground, however, Mr. Robinson continued to struggle with and resist Detective Henderson's efforts to subdue him.

19. As such, I, along with Detective Johnson and Trooper Perez came to Detective Henderson's assistance in order to handcuff Mr. Robinson.

20. While on the ground, before and after being handcuffed, Mr. Robinson was shouting and creating a commotion such that a crowd was drawn to where we were.

21. That crowd was shouting and cursing at us and escalating the situation.

22. In an effort to diffuse a potentially dangerous situation, we decided to remove Mr. Robinson from the location on Burton Street to Keney Park in order to complete his arrest form.

23. This is a common practice we utilize in such situations.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

24. We then brought Mr. Robinson to Keney Park at which time he maintained a hostile attitude toward us.

25. Thereafter, Mr. Robinson was transported by other police officers to the Hartford Police Department detention facility where he was officially charged with interfering with police and breach of peace.

26. We were unable to complete our search of the vehicle because when we returned to the scene, it had been removed by someone.

27. I had nothing to do with establishing the amount of Mr. Robinson's bail bond.

                                                  Anthony Martinez

Subscribed and sworn before me this ____ day of July, 2004.

                                                  Notary Public
                                                  My Commission Expires

565324-1(HSFP)

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105