UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSLYN ROBINSON          :     CIVIL ACTION
                                :     NO. 3:02CV2120 (AWT)

V.                             :

HENDERSON, MARTINEZ, JOHNSON, :
MARQUIS AND CITY OF HARTFORD   :     JULY 14, 2004

## AFFIDAVIT OF TROOPER JOSE PEREZ

STATE OF CONNECTICUT      )
                               :    ss. Hartford
COUNTY OF HARTFORD       )

I, **TROOPER JOSE PEREZ**, being duly sworn depose and state as follows:

1.    I am over eighteen years of age and believe in the obligations of an oath.

2.    I make this Affidavit based on personal knowledge.

3.    I am currently, and at all relevant times have been, employed by the Connecticut State Police as a trooper.

4.    On July 27, 2001, I was assigned to the joint Hartford Police Department and Connecticut State Police Narcotics Enforcement Initiative.

5.    On that date and in that capacity, I was patrolling certain Hartford streets in an unmarked narcotics van with Hartford Police Detectives Renaul Johnson, Alfred Henderson and Anthony Martinez.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

6.      The area we were patrolling is and was known for drug trafficking and violence.

7.      At approximately 7:45 p.m., we were traveling north on Burton Street in the van when Detective Johnson stated that there was a man getting into a car, and that he thought he saw a gun tucked into this man's waistband.

8.      The man Detective Johnson saw has since been identified as Joslyn Robinson.

9.      At that point, we approached the vehicle in our van and positioned it in such a way that would allow us to exit the van, and, at the same time, prevent Mr. Robinson from leaving.

10.     We then exited the van and approached Mr. Robinson with our badges out and identified ourselves as police officers.

11.     Detective Henderson proceeded to the driver's side of the vehicle to deal with Mr. Robinson; Detective Johnson proceeded to the passenger side of the vehicle to deal with a passenger/female companion who has since been identified as Sherrille Wiliams; and Detective Martinez prepared to conduct a search of the vehicle.

12.     I was available to assist any and all of these efforts.

13.     At some point shortly after the stop, Mr. Robinson attempted to flee.

14.     I was aware that he took his hands off the vehicle and started running down the street with Detective Henderson still holding onto his pants.

15.     Detective Henderson was able to get him to the ground.

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103


Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

16. Once on the ground, however, Mr. Robinson continued to struggle and resist Detective Henderson's efforts to subdue him.

17. As such, I, along with Detective Martinez and Detective Johnson, came to Detective Henderson's assistance in order to handcuff Mr. Robinson.

18. While on the ground, before and after being handcuffed, Mr. Robinson was shouting and creating a commotion such that a crowd was drawn to where we were.

19. That crowd was shouting and cursing at us and the situation was escalating.

20. In an effort to diffuse a potentially dangerous situation, we decided to remove Mr. Robinson from the location on Burton Street to Keney Park in order to complete his arrest form.

21. This is a common practice law enforcement officers utilize in such situations.

22. We then brought Mr. Robinson to Keney Park, at which time he maintained a hostile attitude toward us.

23. Thereafter, Mr. Robinson was transported by other police officers to the Hartford Police Department detention facility where he was officially charged with interfering with police and breach of peace.

24. We were unable to complete our search of the subject vehicle because when we returned to the scene, it had been removed by someone.

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

25.   I had no further contact with Mr. Robinson.

26.   I am not a party to this lawsuit.


_____
Trooper Jose Perez


Subscribed and sworn before me this _____ day of July, 2004.


_____
Notary Public
My Commission Expires


565395-1(HSFP)

- 4 -

One Goodwin Square                    HALLORAN          Phone (860) 522-6103
225 Asylum Street                       & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103                                        Juris No. 26105