## Page 1

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT


 JOSLYN ROBINSON          :  CIVIL ACTION
                          :  NO: 3:02CV2120 (AWT)
                          :
 vs.                      :
                          :
 OFFICER HENDERSON,       :
 THE CITY OF HARTFORD,    :
 BRUCE MARQUIS,           :
 JOHN DOE OFFICERS        :  MARCH 24, 2004

             DEPOSITION OF: JOSLYN ROBINSON

 APPEARANCES:
 FOR THE PLAINTIFF:
     FREEMAN LAW FIRM
     21 Oak Street, Suite 203
     Hartford, Connecticut 06106-1513
     (860) 249-4444
 BY: DERON D. FREEMAN, ESQUIRE
 FOR THE DEFENDANTS:
     HALLORAN & SAGE, LLP
     One Goodwin Square
     225 Asylum Street
     Hartford, Connecticut 06103
     (860) 522-6103
 BY: JAMES J. SZEREJKO, ESQUIRE

        Leigh Gershowitz, License No. 306
           Certified Realtime Reporter
           Registered Merit Reporter
              NIZIANKIEWICZ & MILLER
                 (860) 291-9191
               972 Tolland Street
           East Hartford, CT 06108-1533
```

## Page 2

1 .... Deposition of JOSLYN ROBINSON, a witness,
2 taken on behalf of the Defendants, OFFICER HENDERSON,
3 OFFICER MARTINEZ, OFFICER JOHNSON, CITY OF HARTFORD,
4 AND BRUCE MARQUIS, in the herein before entitled
5 action, pursuant to the Federal Rules of Civil
6 Procedure, before Leigh Gershowitz, duly qualified
7 Notary Public in and for the State of Connecticut and
8 Commonwealth of Massachusetts, held at the offices of
9 Halloran & Sage, LLP, One Goodwin Square, 225 Asylum
10 Street, Hartford, Connecticut 06103, commencing at
11 2:00 p.m. on Wednesday, March 24, 2004.
12 *****
13 STIPULATIONS
14
    It is hereby stipulated and agreed by and among
15 counsel for the respective parties that all
   formalities in connection with the taking of this
16 deposition, including time, place, sufficiency of
   notice, and the authority of the officer before whom
17 it is being taken may be and are hereby waived.
18 It is further stipulated and agreed that
   objections other than as to form are reserved to the
19 time of trial.
20 It is further stipulated and agreed that the
   witness will read and sign the deposition.
21
    It is further stipulated that the proof of the
22 qualifications of the Notary Public before whom the
   deposition is being taken is hereby waived.
23
   *****

## Page 3

1 I N D E X
---
2 WITNESSES:    DIRECT CROSS REDIRECT RECROSS
---
3
  JOSLYN ROBINSON *4
4
  *MR. SZEREJKO
5 **MR. FREEMAN
6 ---
  EXHIBITS:    DESCRIPTION PAGE
7 ---
8 No exhibits

## Page 4

1 JOSLYN ROBINSON, the Deponent, having been
2 first duly sworn, deposes and says as follows:
3 *****
4 DIRECT EXAMINATION BY MR. SZEREJKO
5   Q.   Hi, Mr. Robinson.
6   A.   How you doing?
7   Q.   My name is James Szerejko. I represent the
8 defendants in this lawsuit. And we're here for
9 purposes of your deposition. You're aware you're
10 under oath and we have a record being taken of the
11 questions and answers. So as a result, when I put
12 questions to you, if you could answer using words –
13 sometimes we communicate with hands, gestures, shrugs,
14 "uh-huhs" and things of that nature that are very
15 difficult to pick up on a record – so please answer
16 with words.
17 And also, I will try to avoid talking when
18 you're talking, if you could show me the same
19 courtesy. And the reason for that is, if we're both
20 talking at the same time, the stenographer can't get
21 that accurate account of what's said, so we'll go back
22 and forth. If at any point in time you do not
23 understand my question, please let me know. If you do
24 answer the question, I can only assume that that is
25 the answer that you wanted to supply to the question I