UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | | |
| OFFICER HENDERSON, | | |
| THE CITY OF HARTFORD, | | |
| BRUCE MARQUIS, | | |
| JOHN DOE OFFICERS | : | MAY 7, 2003 |

## INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, the defendant, Officer Henderson, requests that the plaintiff, Joslyn Robinson, answer under oath the following interrogatories within thirty (30) days of the time service is made upon the plaintiff.

## INSTRUCTIONS AND DEFINITIONS

1.  These Interrogatories shall be deemed continuing, so as to require supplemental answers if further information is obtained between the time the answers are served and the time of trial.

2.  If no one plaintiff is competent to answer all the Interrogatories, the responses should be separately answered under oath by as many agents of the plaintiffs as necessary.

3.  As used herein, the term "document" means the original as well as any copy regardless of origin or location of any typewritten, handwritten, printed or recorded material including, but not limited to, any book, pamphlet, periodical, letter, memorandum, telegram, report, record, study, handwritten note, working paper, chart, paper, graph, index, tape, disc, data sheet, data processing card, diary, calendar, business records, address and telephone records, or any other written, recorded,