### Page 1

```
 1   UNITED STATES DISTRICT COURT
 2            DISTRICT OF CONNECTICUT
 3   - - - - - - - - - - - - - - - x
                                    :
 4   JOSLYN ROBINSON,               :
              Plaintiff,            :   Civil Action
 5                                  :   NO. 3:02CV2120(AWT)
     vs.                            :
 6                                  :
     OFFICER HENDERSON, THE CITY OF :
 7   HARTFORD, BRUCE MARQUIS, JOHN  :
     DOE OFFICERS,                  :   JULY 17, 2003
 8            Defendants.           :
                                    :
 9   - - - - - - - - - - - - - - - x
10
11        DEPOSITION OF ALFRED WILLIAM HENDERSON, JR.
12
13   APPEARANCES:
14            FREEMAN LAW OFFICES
                  Attorneys for the Plaintiff
15                21 Oak Street
                  Hartford, Connecticut 06106
16                (860) 728-0359
              BY: DONALD E. FREEMAN, ESQUIRE
17
              HALLORAN & SAGE
18                Attorneys for the Defendants
                  One Goodwin Square
19                Hartford, Connecticut 06103
                  (860) 522-6103
20            BY: JAMES J. SZEREJKO, ESQUIRE
21
22
23
24                NICOLE M. GOSSELIN
                  REGISTERED PROFESSIONAL REPORTER
25                CONNECTICUT LICENSE NUMBER:  00084
```

### Page 2

1 ... Deposition of ALFRED WILLIAM
2 HENDERSON, JR., taken on behalf of the Plaintiff in the
3 hereinbefore entitled action, pursuant to the Federal Rules
4 of Civil Procedure, before Nicole M. Gosselin, R.P.R., duly
5 qualified Notary Public in and for the state of Connecticut,
6 held at the Freeman Law Offices, 21 Oak Street, Hartford,
7 Connecticut, commencing at 2:05 p.m., on Thursday, July 17,
8 2003...
9 S T I P U L A T I O N S
10 It is hereby stipulated and agreed by and
11 among counsel for the respective parties that all
12 formalities in connection with the taking of this
13 deposition, including time, place, sufficiency of notice,
14 and the authority of the officer before whom it is being
15 taken may be and are hereby waived.
16 It is further stipulated and agreed that
17 objections other than as to form are reserved to the time
18 of trial.
19 It is further stipulated and agreed that the
20 deposition may be signed before any Notary Public.
21 It is further stipulated that the proof of
22 the qualifications of the Notary Public before whom the
23 deposition is being taken is hereby waived.
24
25

### Page 3

1     (Plaintiff's Exhibits 1 and 2: Marked for
2 identification - described in Index.)
3
4     A L F R E D  W I L L I A M  H E N D E R S O N, J R.,
5 of 50 Jennings Road, Hartford, Connecticut,
6 being first duly sworn by Nicole M. Gosselin, R.P.R.,
7 a Notary Public within and for the state of
8 Connecticut, was examined, and testified on his oath
9 as follows:
10 DIRECT EXAMINATION
11     BY MR. FREEMAN:
12     Q    Good afternoon, Detective Henderson, my name is
13 Don Freeman, I'm the lawyer for Joslyn Robinson in this
14 matter.
15 I'm sure you've talked to your counsel, attorney
16 Szerejko, before coming in this afternoon, but let me just
17 put a couple things on the record. I would like to ask you
18 some questions this afternoon. I'd ask that you answer
19 those questions audibly, as opposed to nods of the head or
20 uh-huhs so the transcriber can take everything down.
21     A    Okay.
22     Q    If I ask something that's not clear, and I might
23 do that, please let me know. If you don't understand, just
24 let me know, and I'll try to rephrase it.
25     A    Okay.

### Page 4

1     Q    If you do answer it, I'll assume you understood
2 it. Is that fair?
3     A    Yes.
4     Q    I'd ask that you allow me to finish my question
5 even though you might anticipate where I'm going, but let me
6 finish and then I'll, of course, let you finish your answer
7 before I proceed with the next question, okay?
8     A    Yes.
9     Q    Of course, you realize this is a sworn statement
10 and --
11     A    Yes.
12     Q    -- whatever you say here today, if the matter
13 goes to trial, could be used at trial?
14     A    Yes.
15     Q    And I think that's it.
16 Are you on any sort of medication that might
17 affect your ability to respond to questions today?
18     A    No.
19     Q    I'm not lengthy at all, I think we will be
20 finished here in probably 45 minutes, but if you need a
21 break in the interim, just say I need a break and we will
22 break.
23     A    Okay.
24     Q    Would you again state for the record your full
25 name, sir, and your date of birth?