UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV2120 (AWT) |
| | | |
| V. | : | |
| | | |
| HENDERSON, MARTINEZ,JOHNSON, | : | |
| MARQUIS AND CITYOF HARTFORD | : | |
| Defendants | : | JULY 15, 2004 |

**LOCAL RULE 56(a)1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(a)1 of the Federal Rules of Civil Procedure, the defendants submit this statement of material facts in support of their Motion for Summary Judgment, dated July 15, 2004. The defendants contend that the following facts are undisputed:

1.      On July 27, 2001, the defendants, Alfred Henderson, Renaul Johnson and Anthony Martinez, were employed by the Hartford Police Department as detectives. Exh. A, Henderson Aff., ¶ 3; Exh. B, Johnson Aff., ¶ 3; Exh. C, Martinez Aff., ¶ 3.

2.      On July 27, 2001, Trooper Perez was employed by the Connecticut State Police as a trooper. Exh. D, Perez Aff., ¶ 3.

3.      On July 27, 2001, Detectives Henderson, Johnson, Martinez and Trooper Perez were assigned to the Joint Hartford Police Department and Connecticut State Police Narcotics Enforcement Initiative. Exh. A, Henderson Aff., ¶ 4; Exh. B, Johnson Aff., ¶ 4; Exh. C, Martinez Aff., ¶ 4; Exh. D, Perez Aff., ¶ 4.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

4.      On that date and in that capacity, the detectives and Trooper Perez were patrolling certain Hartford streets in an unmarked narcotics van.  Exh. A, Henderson Aff., ¶ 5; Exh. B, Johnson Aff., ¶ 5; Exh. C, Martinez Aff., ¶ 5; Exh. D, Perez Aff., ¶ 5.

5.      The area they were patrolling is and was known for drug trafficking and violence. Exh. A, Henderson Aff., ¶ 6; Exh. B, Johnson Aff., ¶ 6; Exh. C, Martinez Aff., ¶ 6; Exh. D, Perez Aff., ¶ 6.

6.      At approximately 7:45 p.m., the defendants and Trooper Perez were traveling north on Burton Street in the van.  Exh. A, Henderson Aff., ¶ 7; Exh. B, Johnson Aff., ¶ 7; Exh. C, Martinez Aff., ¶ 7; Exh. D, Perez Aff., ¶ 7.

7.      At that time, Detective Johnson observed a man, now identified as Joslyn Robinson, the plaintiff.  Exh. B, Johnson Aff., ¶ 6.

8.      When Detective Johnson observed the plaintiff, he was about to get into the driver's side of a vehicle parked on Burton Street.  Exh. B, Johnson Aff., ¶ 7.

9.      Detective Johnson observed the plaintiff look quickly to the left and the right before he proceeded to enter the vehicle.  Exh. B, Johnson Aff., ¶ 8.

10.     Detective Johnson observed what he believed was a gun tucked into the plaintiff's waistband.  Exh. B, Johnson Aff., ¶ 9.

11.     Detective Johnson communicated his observations to Detectives Henderson, Martinez and Trooper Perez.  Exh. A, Henderson Aff., ¶ 7; Exh. B, Johnson Aff., ¶ 10; Exh. C, Martinez Aff., ¶ 7; Exh. D, Perez Aff., ¶ 7.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

12.     As a result of this observation, the detectives and Trooper Perez approached the vehicle in which the plaintiff was sitting and positioned the van in such a way that would allow them to exit the van, and, at the same time, prevent the plaintiff from leaving.  Exh. A, Henderson Aff., ¶ 11; Exh. B, Johnson Aff., ¶ 11; Exh. C, Martinez Aff., ¶ 9; Exh. D, Perez Aff., ¶ 9; Exh. E, Pl. Dep. Trans., p.19.

13.     The detectives and trooper then exited the van and approached the vehicle in which the plaintiff and his passenger, now identified as Sherrille Williams, were sitting.  Exh. A, Henderson Aff., ¶ 12; Exh. B, Johnson Aff., ¶¶ 12-13; Exh. C, Martinez Aff., ¶¶ 10-11; Exh. D, Perez Aff., ¶ 10-11; Exh. E, Pl. Dep. Trans., p.19.

14.     Detective Henderson asked the plaintiff to exit the vehicle.  Exh. A, Henderson Aff., ¶13; Exh. E, Pl. Dep. Trans., p. 20.

15.     At some point in response to this request, the plaintiff exited his vehicle and Detective Henderson attempted to search him.  Exh. A., Henderson Aff. ¶¶ 14-17; Exh. E, Pl. Dep. Trans., pp. 20-21.

16.     At some point during the course of the attempted search, the plaintiff resisted Detective Henderson's efforts.  Exh. A, Henderson Aff., ¶¶ 20-23; Exh. B, Johnson Aff., ¶¶ 14-18; Exh. C, Martinez Aff., ¶¶ 15-18; Exh. D, Perez Aff., ¶¶ 13-16; Exh. E, Pl. Dep. Trans., p. 65.

17.     At some point thereafter, Detective Henderson was required to subdue the plaintiff to the ground in order to handcuff him.  Exh. A, Henderson Aff.  ¶¶ 22-24; Exh. E, Pl. Dep. Trans., pp. 71-74.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

18.     While on the ground, before and after being handcuffed, the plaintiff was shouting and creating a commotion such that a crowd was drawn to the scene.  Exh. A, Henderson Aff., ¶ 25; Exh. B, Johnson Aff., ¶ 20; Exh. C, Martinez Aff., ¶ 20; Exh. D, Perez Aff., ¶ 18; Exh. E, Pl. Dep. Trans., pp. 54-55.

19.     In accordance with common practice, and in effort to diffuse a potentially dangerous situation, the detectives and Trooper Perez decided to remove the plaintiff from the location on Burton Street to Keney Park in order to complete his arrest form.  Exh. A, Henderson Aff., ¶¶ 27-28; Exh. B, Johnson Aff., ¶¶ 22-23; Exh. C, Martinez Aff., ¶¶ 22-23; Exh. D, Perez Aff., ¶¶ 20-21; Exh. E, Pl. Dep. Trans., pp. 28-29.

20.     The plaintiff remained hostile and continued to resist the detectives' efforts to search him while at Keney Park.  Exh. A, Henderson Aff., ¶ 29; Exh. B, Johnson Aff., ¶ 24; Exh. C, Martinez Aff., ¶ 24; Exh. D, Perez Aff., ¶ 22; Exh. E, Pl. Dep. Trans., pp. 20, 21, 30 & 34.

21.     Thereafter, the plaintiff was transported by other police personnel to the Hartford Police Department detention facility, where he was officially charged with interfering with police and breach of peace.  Exh. A, Henderson Aff., ¶ 30; Exh. B, Johnson Aff., ¶ 25; Exh. C, Martinez Aff., ¶ 25; Exh. D, Perez Aff., ¶ 23; Exh. E, Pl. Dep. Trans., pp. 40-41; Amended Complaint, Second Count, ¶ 39.

22.     The detectives did not accompany the plaintiff inside, nor did they have anything to do with the establishing the amount of his bail bond.  Exh. A, Henderson Aff.; Exh. B, Johnson Aff.; Exh. C, Martinez Aff.; Exh. D, Perez Aff.; Exh. E, Pl. Dep. Trans., pp. 40-41.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Halloran
& Sage LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

23.     Within hours, the plaintiff was released after posting $500 on a $5,000 bond. Amended Complaint, First Count, ¶ 30.

24.     The charges were ultimately nolled by the state's attorney.  Amended Complaint, First Count, ¶ 33.

25.     At all times relevant to this action, Bruce Marquis was employed as the Chief of Police for the City of Hartford.  Amended Complaint, First Count, ¶ 7.

26.     At all times relevant to this action, the City of Hartford was a municipal corporation organized and existing under the laws of the State of Connecticut.  Id. at ¶ 5.

27.     At all times relevant to this action, the defendants, Detective Henderson, Detective Martinez and Detective Johnson, were acting in their official capacities as members of the Hartford Police Department.  Exh. A, Henderson Aff., ¶¶ 4-5; Exh. B, Johnson Aff., ¶¶ 4-5; Exh. C, Martinez Aff., ¶¶ 4-5; Amended Complaint, Second Count, ¶ 37.

THE DEFENDANTS:
HENDERSON, MARTINEZ, JOHNSON,
MARQUIS AND CITY OF HARTFORD

BY: _____
        James J. Szerejko
        Fed. Bar No. ct04326
        **HALLORAN & SAGE LLP**
        One Goodwin Square
        225 Asylum Street
        Hartford, CT  06103
        Tel. No.: (860) 522-6103
        Fax No.: (860) 548-0006
        E-mail:     szerejko@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

This is to certify that on this 15th day of July, 2004, the foregoing was caused to be mailed, postpaid, to:

Deron Freeman, Esq.
Donald E. Freeman, Esq.
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106
Phone:  860-728-0359

_____
James J. Szerejko

570885_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105