FILED

2004 AUG -2  A 11: 07

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| V. | : | NO. 3:02CV2120 (AWT) |
| OFFICER HENDERSON,<br>THE CITY OF HARTFORD,<br>BRUCE MARQUIS,<br>JOHN DOE OFFICERS | : | JULY 30, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The plaintiff, Joslyn Robinson, requests this Court to enlarge the time for responding to defendants' Motion for Summary Judgment until September 1, 2004. The reason for said request is that plaintiff recently received an extensive brief from the defendant which requires a lengthy response.

Counsel for plaintiff has contacted counsel for defendants and he has no objection to the filing of this motion.

PLAINTIFF, JOSLYN ROBINSON

By /s/ Deron Freeman
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid this 30th day of July 2004 to the following:

James Szerejko, Esq
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Deron Freeman