# Exhibits are in hardcopy