UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSLYN ROBINSON                          :        CIVIL ACTION
                                         :        NO. 3:02CV2120 (AWT)
                                         :
V.                                       :
                                         :
OFFICER HENDERSON,                       :
THE CITY OF HARTFORD,                    :
BRUCE MARQUIS,                           :
JOHN DOE OFFICERS                        :        SEPTEMBER 13, 2004

## MOTION BY CONSENT, NUNC PRO TUNC, FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY BRIEF

The defendants, Officers Henderson, Martinez, Johnson, Bruce Marquis and the

City of Hartford, hereby respectfully request an enlargement of time of ten (10) days

within which to file a reply brief in response to plaintiff's opposition memorandum to the

defendants' motion for summary judgment, to and including September 27, 2004, and

state that same is for good cause as follows.

Counsel for the undersigned defendants has recently been involved in the

preparation of an opposition memorandum to a motion for summary judgment in a

matter pending in the Connecticut Superior Court. Additionally, he has recently been

involved in the preparation of a joint trial memorandum in another matter pending in the

District Court.

*Extension GRANTED, to and including
September 27, 2004. It is so ordered.*

Alvin W. Thompson, U.S.D.J.
Hartford, CT     9/17/04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105