UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JOSLYN ROBINSON** | : | **CIVIL ACTION** |
| | : | **NO. 3:02CV2120 (AWT)** |
| **V.** | | |
| **OFFICER HENDERSON,** | | |
| **OFFICER MARTINEZ,** | | |
| **OFFICER JOHNSON,** | | |
| **BRUCE MARQUIS,** | | |
| **THE CITY OF HARTFORD** | : | **OCTOBER 7, 2004** |

### REQUEST FOR LEAVE TO FILE AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff in the above entitled action hereby requests leave to file amended response to defendant's Motion for Summary Judgment to comply with Local Rule 56(a) 2 .

PLAINTIFF, JOSLYN ROBINSON


By_____
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid this 7th day of October 2004 to the following:

James Szerejko, Esq
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

             _____
             Deron Freeman

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | | |
| OFFICER HENDERSON, | | |
| OFFICER MARTINEZ, | | |
| OFFICER JOHNSON, | | |
| BRUCE MARQUIS, | | |
| THE CITY OF HARTFORD | : | OCTOBER 7, 2004 |

**PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Federal Civil Procedure Rule 56 (b) , the plaintiff Joslyn Robinson, hereby opposes defendants' Motion for Summary Judgment as set forth in the attached memorandum.

**WHEREFORE**, the plaintiff respectfully requests that defendants' Motion for Summary Judgment be denied.

PLAINTIFF, JOSLYN ROBINSON

By_____
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid this 8th day of September 2004 to the following:

James Szerejko, Esq
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                              _____
                                              Deron Freeman

Case 3:02-cv-02120-AWT    Document 49    Filed 10/12/2004    Page 4 of 6

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JOSLYN ROBINSON** | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| **V.** | | |
| **OFFICER HENDERSON,** | | |
| **OFFICER MARTINEZ,** | | |
| **OFFICER JOHNSON,** | | |
| **BRUCE MARQUIS,** | | |
| **THE CITY OF HARTFORD** | : | OCTOBER 8, 2004 |

## LOCAL RULE 56(a)2 STATEMENT OF FACTS

Pursuant to Fed.R.Civ.P. 56(a)(2), the plaintiff submits the following statement answer to defendants' Local Rule 56(a) 1 statement.

1. Admitted

2. Admitted

3. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

4. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

5. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

6. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

7-12. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

13-16. Admitted

17. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

18. Denied.  Pl. Dep. Exh. A  P.22-23.

19. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

20. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leave the defendant to his proof.

21. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

22. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

23. Admit.

24. Admit

25. Admit

26. Admit

27. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

28. In additional to paragraph 18, there are other material factual disputes defendants fail to outline in their statement of undisputed facts that are more specifically set forth in the attached memorandum.

PLAINTIFF, JOSLYN ROBINSON

By_____
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106