75645.0620

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSLYN ROBINSON : | CIVIL ACTION |
| : | NO. 3:02CV2120 (AWT) |
| V. | |
| OFFICER HENDERSON, | |
| OFFICER MARTINEZ, | |
| OFFICER JOHNSON, | |
| BRUCE MARQUIS, | |
| THE CITY OF HARTFORD  : | OCTOBER 7, 2004 |

### REQUEST FOR LEAVE TO FILE AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff in the above entitled action hereby requests leave to file amended response to defendant's Motion for Summary Judgment to comply with Local Rule 56(a) 2.

PLAINTIFF, JOSLYN ROBINSON

By_____
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid this 7th day of October 2004 to the following:

James Szerejko, Esq
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Deron Freeman