O 5645.0620

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | | |
| OFFICER HENDERSON, | | |
| OFFICER MARTINEZ, | | |
| OFFICER JOHNSON, | | |
| BRUCE MARQUIS, | | |
| THE CITY OF HARTFORD | : | OCTOBER 7, 2004 |

## PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Federal Civil Procedure Rule 56 (b) , the plaintiff Joslyn Robinson, hereby opposes defendants' Motion for Summary Judgment as set forth in the attached memorandum.


**WHEREFORE**, the plaintiff respectfully requests that defendants' Motion for Summary Judgment be denied.


PLAINTIFF, JOSLYN ROBINSON


By_____
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid this 8th day of September 2004 to the following:

James Szerejko, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Deron Freeman