UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **JOSLYN ROBINSON** | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | | |
| **OFFICER HENDERSON,** | | |
| **OFFICER MARTINEZ,** | | |
| **OFFICER JOHNSON,** | | |
| **BRUCE MARQUIS,** | | |
| **THE CITY OF HARTFORD** | : | OCTOBER 8, 2004 |

## LOCAL RULE 56(a)2 STATEMENT OF FACTS

Pursuant to Fed.R.Civ.P. 56(a)(2), the plaintiff submits the following statement answer to defendants' Local Rule 56(a) 1 statement.

1. Admitted

2. Admitted

3. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

4. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

5. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

6. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

7-12. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

13-16. Admitted

17. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

18. Denied. Pl. Dep. Exh. A P.22-23.

19. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

20. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leave the defendant to his proof.

21. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

22. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

23. Admit.

24. Admit

25. Admit

26. Admit

27. Plaintiff is without sufficient knowledge or information upon which to form a belief or opinion; and, therefore, leaves the defendant to his proof.

28. In additional to paragraph 18, there are other material factual disputes defendants fail to outline in their statement of undisputed facts that are more specifically set forth in the attached memorandum.

PLAINTIFF, JOSLYN ROBINSON

By _____
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106