UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOSLYN ROBINSON | : CIVIL ACTION |
| V. | : NO. 3:02CV2120 (AWT) |
| OFFICER HENDERSON, OFFICER MARTINEZ, OFFICER JOHNSON, BRUCE MARQUIS, THE CITY OF HARTFORD | : |
| | : OCTOBER 7, 2004 |

### REQUEST FOR LEAVE TO FILE AMENDED OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff in the above entitled action hereby requests leave to file amended response to defendant's Motion for Summary Judgment to comply with Local Rule 56(a) 2.

PLAINTIFF, JOSLYN ROBINSON

By_____
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106

GRANTED, over objection. The defendants' note in their objection that the amended opposition also contains deficiencies; if so, no further amendment of the opposition will be allowed. However, if the defendants desire to supplement their reply, they may do so by no later than December 13, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J. Hartford, CT 11/12/04

FILED 2004 NOV 12 P 5:33
U.S. DISTRICT COURT
HARTFORD, CT.