UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 12 P 5: 34

US DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | | |
| OFFICER HENDERSON, | | |
| OFFICER MARTINEZ, | | |
| OFFICER JOHNSON, | | |
| BRUCE MARQUIS, | | |
| THE CITY OF HARTFORD | : | OCTOBER 7, 2004 |

### PLAINTIFF'S AMENDED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Federal Civil Procedure Rule 56 (b), the plaintiff Joslyn Robinson, hereby opposes defendants' Motion for Summary Judgment as set forth in the attached memorandum.

**WHEREFORE**, the plaintiff respectfully requests that defendants' Motion for Summary Judgment be denied.

PLAINTIFF, JOSLYN ROBINSON

By_____
Deron Freeman
ct 22781
Freeman Law Firm
21 Oak St., Suite 203
Hartford, CT 06106

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, via U.S. mail, postage prepaid this 8th day of September 2004 to the following:

James Szerejko, Esq
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Deron Freeman