1      A.    Yes, I did.  I went to the hospital.  When I

2   left the -- when I got out of the hospital.

3      Q.    Okay.  We'll get to that in a minute in

4   terms of the injuries.

5      A.    Well, then, why are you asking me questions

6   out of context?

7      Q.    Well, I can really ask the questions any way

8   I want.  That's just the way it is.

9           In terms of what you described, being thrown

10  to the ground and then being turned over, is that when

11  you sustained all of your injuries or did you sustain

12  injuries later in this episode?

13     A.    I sustained all my injuries then and there.

14     Q.    Now, at some point, according to your

15  complaint, what you've already touched on, it sounds

16  like you were taken away from Burton Street; is that

17  correct?

18     A.    Yes, I was.

19     Q.    How were you taken away?

20     A.    They threw me and my girl in the van, in the

21  big van that they were driving, closed the door.  They

22  were outside, arguing with my mother, my brother and

23  the rest of the witnesses that were outside, telling

24  them at the time to leave me and my girl alone because

25  we don't do nothing to nobody.  They drove off and

1    they drove me and her to Keney Park.

2        Q.    So you both left in the van with all five of

3    these men, correct?

4        A.    Yes.

5        Q.    And was this just kind of, like, an open van

6    like a workman would have or was it a van with seats,

7    kind of like a bus?

8        A.    A van with seats.

9        Q.    And were you handcuffed when you were in the

10   van?

11       A.    Yes, I was.

12       Q.    And how about Sharelle, was she handcuffed?

13       A.    Yes.

14       Q.    Did you see what, if anything, happened to

15   Sharelle while this was going on?

16       A.    No.  I was being hurt.

17       Q.    And did you talk with anyone from Burton

18   Street -- on the way from Burton Street to Keney Park?

19       A.    What kind of question is that, sir?

20       Q.    Okay.  Let me try and make it one that you

21   find acceptable.

22       When you drove from Burton Street to Keney

23   Park --

24       A.    I wasn't the one driving.  The cops were.

25       Q.    When you were being driven --

30

1    A.    Right.

2    Q.    -- was there any discussion between you and

3  anyone in the van?

4    A.    Oh, yes.  Other police officers or cops,

5  whatever they call themselves, were calling me all

6  types of names, faggots, I'm a bitch, a little girl,

7  I'm a pussy, I'm a punk.  And I was swearing right

8  back at them.

9    Q.    Did you have any discussions with Sharelle?

10    A.    No.  She was arguing with the cops, too.

11  And then they kept saying, "Shut the fuck up.  Shut

12  the fuck up."

13    Q.    And what did you say back to them?

14    A.    I told him, "Shut the fuck up," because they

15  had no reason to be having me cuffed.

16    Q.    Did they go straight from Burton Street to

17  Keney Park?

18    A.    Yes, they did.

19    Q.    What entrance to Keney Park did they use,

20  sir?

21    A.    I don't remember.

22    Q.    You're familiar with Keney Park, right?

23    A.    Yes, I am.

24    Q.    And there were windows in the van?

25    A.    Yes, there was.

1    Q.    And you just don't recall what entrance they

2    took you to?

3    A.    No, I don't.

4    Q.    Did they actually go inside of the park or

5    were they just stopped at the entrance?

6    A.    No.  They went inside the park.

7    Q.    And whereabouts in the park did they go?

8    A.    Went inside the park and pulled up on

9    some -- pulled up on a grassy area, with trees and

10    woods.

11    Q.    Do you recall if it was near the playground,

12    if it was near the swimming pool?  Where was --

13    A.    From where it was, I could see Fox Middle

14    School.  And if I looked real hard, I could see Martin

15    Luther King, too.

16    Q.    So that sounds like it would be the

17    Ridgefield or Woodland Street entrance to the park?

18    A.    Yes.

19    Q.    And were you and Sharelle separated at all

20    or were you both in the van at the same time?

21    A.    I was in the back with the cop sitting next

22    to me.  She was in the seat right in front of me with

23    another cop sitting next to her, or two cops.

24    Q.    And were there, like, three rows of seats,

25    the front seat, the middle seat, and the back seat or

1    how many rows?

2        A.    I don't remember.

3        Q.    Were you behind the driver?

4        A.    No, I won't -- no, I wasn't.

5        Q.    Was Sharelle?

6        A.    Yes, she was.

7        Q.    And you were behind Sharelle?

8        A.    Yes, I was.

9        Q.    So it sounds like there were at least three

10   rows of seats, correct?

11       A.    I don't remember how many rows of seats

12   there were.

13       Q.    Okay.  How long were you in the van when you

14   got to the Park?

15       A.    Got to the van --

16       Q.    When you got to the Park.

17       A.    Got to the Park, I guess they had radioed

18   for a female cop to come search her because they

19   couldn't search her.  They pulled me out, pulled her

20   out.  The female cop came.  Female cop took her on the

21   side.  I don't know what happened between her and the

22   female cop.  I know they grabbed me.

23           Mind you, now, they had already searched me

24   when we were on Burton Street.  They had already

25   searched me in front of everybody.  They didn't find

```
 1   nobody.  They found no drugs.  They found no gun.
 2   They found nothing.  They even was inside the car
 3   searching.  They found nothing.
 4            They took me to Keney Park.  When they had
 5   me outside the van, they took my boots off, searching,
 6   feeling inside my boots, feeling inside my socks and
 7   then took -- they went as far to take my sweats, pull
 8   my sweats down and open my boxers to look and see if I
 9   had anything.  And I had nothing.
10       Q.   And what they did to search inside your
11   boxers was they just opened up the elastic waistband
12   and looked in?
13       A.   Elastic waistband of what?
14       Q.   Your sweatpants.
15       A.   No.  They pulled sweatpants down.
16       Q.   To your knees or to the ankles?
17       A.   Yes, to my knees.  Pulled my sweatpants
18   down.
19       Q.   And did they open up your boxer shorts?
20       A.   Yes, opened up my boxer shorts.  And, mind
21   you, now, it's a public park.  People was in the park
22   at the time.  Because it wasn't dark outside.
23       Q.   If it was a public park, then you have some
24   idea of where in the park where you were.  Were you at
25   the entrance; do you remember that?
```

34

1      A.    I told you I was at the area where I could

2  see Fox Middle and Martin Luther King.  If I looked

3  hard enough, I could see Martin Luther King.  But I

4  definitely know I could see Fox.

5      Q.    Did they put their hands in your pants?

6      A.    Once you pull my waist, my boxer, you're

7  touching my pubic hair, that's putting your hands in

8  my underwear, my boxers.

9      Q.    But they didn't reach their hands down

10 inside and grab you or anything like that?

11     A.    I wouldn't let them.  I wouldn't let them.

12 I kept moving.  So I don't know if that -- if he

13 really wanted to do that because I kept moving.

14     Q.    But my question is, did they reach their

15 hands down inside your pants?

16     A.    I didn't give them a chance to.

17     Q.    Okay.  So I guess the answer is no, correct?

18     A.    Right.

19     Q.    And in terms of that episode outside the

20 van, as you said, you don't know what happened with

21 Sharelle when she was with the female officer,

22 correct?

23     A.    Right.

24     Q.    Did she ever tell you what happened?

25     A.    When you talk to her, you ask her.  Because

1   you're asking me questions about Sharelle that I'm not

2   comfortable answering.

3        Q.    Well, you can take a break and talk to your

4   lawyer about that.  But I can ask you questions and if

5   you choose not to answer those questions, we can go to

6   court and see if a judge will make you answer them.  I

7   do not necessarily have to interview Sharelle.  If you

8   have information that she's told you, I can ask for

9   that.  So let's try that again.

10            What --

11                MR. FREEMAN:  Hold on one second.

12                MR. SZEREJKO:  Sure.

13                MR. FREEMAN:  If you recall, then I'd

14   like you to tell him, if you can recall.

15                THE WITNESS:  All right.

16   BY MR. SZEREJKO:

17        Q.    You --

18        A.    She searched her.  She --

19                MR. FREEMAN:  Let him ask.

20   BY MR. SZEREJKO:

21        Q.    So what did Sharelle tell you about that

22   experience with the female officer?

23        A.    She said the female cop searched her and

24   uncuffed her and brought her to my house because the

25   female cop thought that she lived where I lived, but

1    she didn't live there.  So they brought her to my mom,

2    instead of bringing her to her home.

3        Q.    Was Sharelle arrested as a result of this

4    incident?

5        A.    No.  When -- after the cop searched her, the

6    cop brought her to my house.

7        Q.    And what did they do with you?

8        A.    They took me -- put me back in the van.

9    They drove around.  I don't remember where we went.

10   They switched and put me in another truck, another

11   van, or whatever you want to call it, and then they

12   made a couple of rounds, picking up other people off

13   the street in cuffs, put them in the van and then

14   drove to the holding cell or the jail cell.

15       Q.    And where was that?  Do you recall where

16   they took you?

17       A.    Jennings Road, is it?

18       Q.    The police department?

19       A.    Yes.

20       Q.    Had you ever been there before that?

21       A.    To pick up police records to try to get

22   jobs.

23       Q.    So you had been there before?

24       A.    Yes.

25       Q.    And what happened when you got to Jennings

1    Road?

2        A.    Went inside and they searched and

3    fingerprinted.

4        Q.    Were you arrested?

5        A.    Was I arrested?  Yes, I was arrested.

6        Q.    Do you recall what charges you were arrested

7    for?

8        A.    No, I do not.

9        Q.    Do you recall how many charges?

10       A.    No, I do not.

11       Q.    Do you recall what happened to those

12   charges?

13       A.    No, I do not.

14       Q.    Did you have to go to court in response to

15   those charges that were filed?

16       A.    Yes.  I did go to court.

17       Q.    And did you retain a lawyer?

18       A.    This is my lawyer right here.

19       Q.    And do you have any idea, sir, how many

20   times you had to go to court for those charges?

21       A.    I went to court once.

22       Q.    And what court was that?

23       A.    I don't remember.

24       Q.    Do you remember what happened at court?

25       A.    I don't remember.

1    Q.    Is it you don't remember or you don't know?

2    A.    I don't remember what happened at court.

3    Q.    And how long ago was that?

4    A.    Three years ago.

5    Q.    In terms of the charges filed against you,

6    it's your position that you were falsely arrested, you

7    never should've been been arrested?

8    A.    Right.

9    Q.    And you don't know what those charges were?

10    A.    No, I don't.  And can I just add in one more

11    thing?  While we were at Keney Park, the officers did

12    look at me and tell me that they wished they could hit

13    me with a 500,000 bond.  And I replied, "Why?  For

14    what?  I didn't do shit.  You don't have nothing on

15    me."  What that 500,000 bond was really for still is

16    unanswered because I don't know.

17    Q.    And who said that to you, Mr. Robinson, if

18    you recall?

19    A.    Henderson.

20    Q.    And do you have any idea why he said that to

21    you?

22    A.    No.

23    Q.    It sounds as though you didn't get along

24    well with Officer Henderson, correct?

25    A.    I didn't get along with none of them.

```
 1          Q.    And you think that was all their fault?

 2          A.    Yes.

 3          Q.    Have you ever been involved in anger

 4     management, anything of that nature?

 5          A.    No.

 6          Q.    How much did you have to pay your lawyer for

 7     the disposition of the criminal charges?

 8          A.    I don't remember.

 9          Q.    Do you have any idea?

10          A.    No.

11          Q.    Now, when you were taken to Jennings Road,

12     how long were you there?

13          A.    I don't remember.

14          Q.    You were fingerprinted?

15          A.    Yes.

16          Q.    Photographed?

17          A.    Yes.

18          Q.    Were you placed in a cell?

19          A.    Yes.

20          Q.    Do you have any idea how long you were in

21     the cell?

22          A.    No.

23          Q.    Were you in the cell alone or with other

24     people?

25          A.    Other people.
```

1    Q.    How many other people?

2    A.    I don't recall.

3    Q.    Do you know any of them?

4    A.    No, I don't.

5    Q.    Do you have the names of any of them?

6    A.    No, I don't.

7    Q.    The police officers that picked you up on

8    Burton Street, took you to Keney Park, did any of them

9    come to Jennings Road with you?

10    A.    No.  Well, did they come with me inside?

11    Q.    Yes.

12    A.    I don't remember.

13    Q.    Now, when you were transferred from one van

14    to the second van --

15    A.    Right.

16    Q.    -- did any of the five officers --

17    A.    This van was closed in.  Once you inside,

18    you can't see what's outside of it.

19    Q.    So you don't know --

20    A.    No.

21    Q.    -- if those officers came with you?

22    A.    No.

23    Q.    When you got to Jennings Road, did you see

24    any of the original five there?

25    A.    I was inside.  Did they come inside?  No.

1    If they were there, did they come inside?  No.

2        Q.   But you didn't see them there?

3        A.   No, I didn't.

4        Q.   Did any of them come and speak to the desk

5    sergeant or anyone to explain what the charges were

6    against you?

7        A.   I don't remember.

8        Q.   And how was it that you were released?

9        A.   After being in the cell for some hours, they

10   came and got me and told me I was set, I could leave.

11       Q.   Did anyone read you your rights at any time?

12       A.   No.

13       Q.   And as far as you're concerned, when they

14   told you you could leave, did you have to call anyone

15   or was someone there to get you?

16       A.   My mother.

17       Q.   She was already there?

18       A.   Yes.  I -- they gave me a call.

19       Q.   I'm sorry.  Who did?

20       A.   The people at the jail.

21       Q.   So they gave you an opportunity to use the

22   phone?

23       A.   Yes.

24       Q.   When did they do that?

25       A.   I don't remember in what sequence that it

1    happened.

2         Q.    Do you recall if it was when you first came

3    in before you went to the jail cell or when it was

4    when you were taken out of the jail cell?

5         A.    I don't remember in what sequence that it

6    happened.

7         Q.    But you do recall at some point, when you

8    were given the opportunity, you called your mother,

9    correct?

10        A.    Yes, I did.

11        Q.    And did you have to post any bond to be

12   released?

13        A.    Yes, they did.

14        Q.    How much was it?

15        A.    I don't remember.

16        Q.    Is there any reason why you wouldn't

17   remember that?

18        A.    Because it happened a couple years ago and I

19   wasn't -- after it happened, I don't think about this

20   case.

21        Q.    Okay.  Parts of it you remember and then

22   other parts you don't remember.  Is there any reason

23   for that?

24        A.    No.  There's not.

25        Q.    And how soon after the arrest did you have

1   to go to court?

2       A.   I don't remember.

3       Q.   Was it within a month, a couple weeks?

4       A.   I don't remember.

5       Q.   So no idea?

6       A.   I don't remember.

7       Q.   And your best recollection is you were there

8   at Jennings Road for a few hours?

9       A.   I don't know how many hours I was there for.

10      Q.   In any event, you didn't stay overnight,

11  correct?

12      A.   No, I didn't stay overnight.

13      Q.   And when you went to court, how long were

14  you at court?

15      A.   I don't remember.

16      Q.   You only went to court once, correct?

17      A.   Yes.

18      Q.   How is it that you missed three days from

19  work because of this episode?

20      A.   When I got out of jail, I went to the

21  hospital.  My back was hurting.  My eye, I couldn't

22  see out of my eye.  My eye was swollen.

23      Q.   Did a doctor or some medical person tell you

24  that you couldn't return to work for three days?

25      A.   Yes.

44

1    Q.    And who was that?

2    A.    I don't remember.

3    Q.    Who were the -- the name of the doctor that

4    treated you?

5    A.    I went to St. Francis Emergency Room.  I

6    don't remember the name of the doctors.

7    Q.    When did you go to St. Francis Emergency

8    Room?

9    A.    When I left the jail, I went home and then I

10    went to the hospital.

11    Q.    And who took you to St. Francis?

12    A.    I drove.

13    Q.    And how did you get from Jennings Road to

14    Burton Street to get home?

15    A.    My grandfather drove.

16    Q.    And then when you got home, you went over to

17    St. Francis?

18    A.    Yes.

19    Q.    Do you recall when you went to St. Francis,

20    what the hour was?  Was it 1:00 in the morning, 2:00

21    in the morning, 11 o'clock at night?  When was it?

22    A.    I don't remember.

23    Q.    And what happened when you went to

24    St. Francis Hospital?

25    A.    I can't remember.  I can't remember

1   everything that they -- that they did.

2       Q.   Yeah, I realize.  And you might not have any

3   idea what they did.  You're not trained medically.  I

4   realize that.

5       But as best you recall, you're there at the

6   emergency room, what kind of things did they do to

7   you?  Do you have any idea?

8       A.   Checked my heart rate, X-rayed my back.

9   They X-rayed -- I guess they put some stuff on the

10   bruise on my eye, cleaned the bruise on my back, on my

11   shoulder and stuff like that.

12       Q.   Did they find any broken bones?

13       A.   No broken bones.

14       Q.   Did the X-ray show anything that was serious

15   and wrong?

16       A.   Muscle contusions.

17       Q.   So -- and you know from playing football,

18   contusions, it's a bruise, right?

19       A.   I wasn't playing football at the time, sir.

20       Q.   No.  But I'm saying you've been probably

21   injured playing football, correct?

22       A.   If I ever been injured?

23       Q.   Yes.

24       A.   Injured playing football?

25       Q.   Yes.

46

1          A.    No.

2          Q.    Have you ever gotten a bruise playing

3     football?

4          A.    Yes, I have.  But I never been injured

5     playing football.

6          Q.    But you know what a contusion is, is what

7     I'm saying?

8          A.    Yes.  I do know what a contusion is.

9          Q.    So that's what happened.  You had some

10    contusions.  What else did you get as a result, some

11    scrapes?

12         A.    Yes.

13         Q.    And then the swollen eye, was there any

14    damage done to your eyesight?

15         A.    No.

16         Q.    And was any bones broken in your face?

17         A.    No.

18         Q.    So that was a swollen injury -- swelling to

19    your face, scrapes on your back and bruises and

20    contusions, correct?

21         A.    Yes.

22         Q.    What type of treatment did they prescribe?

23         A.    I don't remember.

24         Q.    Did you have any follow-up at St. Francis

25    Hospital after that ER visit?

47

1    A.    Yes, I did.

2    Q.    When did you go back?

3    A.    I don't remember.

4    Q.    Do you recall how many times you went back?

5    A.    I don't remember.

6    Q.    Do you recall who you saw?

7    A.    No.

8    Q.    Do you have any idea how many times you went

9    back to St. Francis Hospital for these injuries?

10    A.    No.

11    Q.    None whatsoever?

12    A.    I don't remember how many times I went.

13    Q.    Was it more than five?

14    A.    More than five for the injuries?   No.

15    Q.    Less than five?

16    A.    Yes.   It was less than five.

17    Q.    More than two?

18    A.    It was less than five.   I don't remember how

19    many it was, but less than five.

20    Q.    Did you seek treatment from any other

21    professionals for these injuries separate from

22    St. Francis Hospital?

23    A.    I did therapy for my back.

24    Q.    And where did you go for that?

25    A.    West Haven.

1    Q.    And where in West Haven?

2    A.    No, sorry.  Not even West Haven.  I believe

3  it was downtown Hartford.  Sorry for my mistake.

4    Q.    And where did you go; do you remember, sir?

5    A.    No, I don't remember the name of it.

6    Q.    Who sent you there, to the physical

7  therapist?

8    A.    My lawyer.

9    Q.    And do you remember the name of this

10  physical therapy?

11    A.    No.

12    Q.    So you remember where it was?

13    A.    Downtown Hartford.

14    Q.    Whereabouts?

15    A.    I don't remember.  I just know it was

16  downtown Hartford.

17    Q.    You lived in Hartford all your life, right?

18    A.    Yes.

19    Q.    So you know the streets, right?

20    A.    It was downtown on Main Street in Hartford.

21  I've been there just because of the therapy.  I don't

22  hang out downtown around this area.

23    Q.    I'm not saying you do.  But I'm just trying

24  to get an idea of where the place was in downtown

25  Hartford --

49

1    A.    Downtown Hartford, Main Street.

2    Q.    Whereabouts on Main Street?

3    A.    I don't remember.

4    Q.    Do you remember any of the side streets?

5    A.    No.

6    Q.    How many times did you go there?

7    A.    Three.

8    Q.    And when did you go there?

9    A.    I don't remember when I went there.  But I

10   went there three times.

11   Q.    And what did the people there tell you in

12   terms of your injury?  Did they make any evaluation of

13   your condition?

14   A.    I don't remember what they told me at the

15   time.

16   Q.    And did you finish treatment with them?

17   A.    No, I didn't.

18   Q.    Are you still treating with them?

19   A.    No, I'm not.

20   Q.    So if you didn't finish and you're not still

21   treating, what's your status with them?

22   A.    I was -- I don't contact them no more.

23   Q.    So you don't see them anymore?

24   A.    No.

25   Q.    And that means you finished treatment with

50

1    them, correct?

2        A.    I don't see them anymore.

3        Q.    Are you seeing anyone for these injuries?

4        A.    No.

5        Q.    When was the last treatment you

6    sustained --

7        A.    I don't remember.

8        Q.    When was the last time you saw someone for

9    these injuries?

10       A.    I don't remember.

11       Q.    Did you see anyone, besides this physical

12   therapy group that you just referred to that's in

13   downtown Hartford?

14       A.    No.

15       Q.    Were you referred to a place down in West

16   Haven?

17       A.    Yes, I was.

18       Q.    Did you ever go there?

19       A.    No, I wasn't -- no, I didn't.

20       Q.    And why not?

21       A.    Because I had no transportation.  I was on

22   my college campus.  I don't know my way around West

23   Haven.  I couldn't make it there.  And then they were

24   going to -- they were going to come pick me up and

25   bring me there, but at the way my classes were

1    scheduled, I couldn't get out of classes or pick up

2    another class at the time because this was the only

3    time my classes were being offered.  So I couldn't go.

4        Q.    So the last physical therapy you had, sir,

5    was what you received at this facility in downtown

6    Hartford, correct?

7        A.    Yes.

8        Q.    I realize you don't recall the dates, but do

9    you have any idea, did this therapy go on for one

10   month, two months, three months, any idea?

11       A.    I don't remember.

12       Q.    And other than the treatment received at

13   St. Francis Hospital and then going back there, not

14   more than five times, and then going to the physical

15   therapist in downtown Hartford, how many times did you

16   go there?

17       A.    Where?

18       Q.    To the physical therapist in downtown

19   Hartford?

20       A.    Like, three times.

21       Q.    And other than that treatment at St. Francis

22   and the physical therapist, you have not received any

23   other treatment for these injuries; is that correct?

24       A.    Yes, that's correct.

25       Q.    Have you received any permanent injuries as

1    a result of this incident?

2        A.    From time to time my back hurts, but I don't

3    pay attention to it, as far as going to the emergency

4    room as, oh, I can't move, I can't walk, no.

5        Q.    And no medical professional, to your

6    knowledge, has said that you have any disability,

7    correct?

8        A.    No.

9        Q.    Have you ever injured your back in any way

10   before this incident?

11       A.    No.

12       Q.    Had you ever injured your face, cheekbone

13   area, before this incident?

14       A.    No.

15       Q.    Have you ever received medical treatment for

16   any injury prior to this incident?

17       A.    Could you ask the question again?

18       Q.    Sure.  This incident, as you're aware,

19   caused you to go to the emergency room and then to go

20   see a physical therapist.  That's treatment, going to

21   get treatment for injuries.  Other than this episode,

22   have you ever gone to a medical professional or a

23   hospital for any type of medical treatment?

24       A.    Broken bone.

25       Q.    When was that, sir?

1    A.   When I was in middle school.

2    Q.   So about how old were you?

3    A.   Maybe 14.

4    Q.   And what bone did you break?

5    A.   One of my arms.  I don't remember which one

6 it was.  I believe it was my left arm.  As a matter of

7 fact, it was my left arm.

8    Q.   Any other injuries that caused you to have

9 physical treatment, other than what you described in

10 this incident and the broken arm when you were in

11 middle school?

12    A.   You want stuff in my history as far as from

13 when I was a little boy coming up?

14    Q.   Yeah, anything you remember, in terms of

15 your medical treatment.

16    A.   I cracked my skull when I was a baby.

17    Q.   How old?

18    A.   I don't remember how old I was.

19    Q.   And did you have a concussion as a result of

20 that?

21    A.   I don't remember what happened with all of

22 that.  You can ask my mom.  I just know I cracked my

23 skull when I was a baby.  Anything else you want to

24 know about that and the treatment with that, I was a

25 baby, so you ask my mother.