UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| Plaintiff | : | NO. 3:02 CV2120 (AWT) |
| V. | : | |
| HENDERSON, MARTINEZ, JOHNSON, MARQUIS AND CITY OF HARTFORD | : | |
| Defendants | : | JULY 15, 2004 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7 and 56, the defendants, City of Hartford, Detective Alfred Henderson, Detective Anthony Martinez, Detective Renaul Johnson, and former Chief Bruce Marquis, respectfully move this court to enter judgment in their favor as to all claims directed to them in the plaintiff's Amended Complaint. In supported of this motion, the defendants submit the attached Memorandum of Law and Statement of Undisputed Material Facts.

THE DEFENDANTS:
HENDERSON, MARTINEZ, JOHNSON,
MARQUIS AND CITY OF HARTFORD

BY: _____
James J. Szerejko
Fed. Bar No. ct04326
**HALLORAN & SAGE LLP**
225 Asylum Street
Hartford, CT 06103
Tel. No.: (860) 522-6103
Fax No.: (860) 548-0006
E-mail: szerejko@halloran-sage.com

DENIED, without prejudice, based on defense counsel's representation that the case has settled. It is so ordered.
Hartford, CT 03/09/06
Alvin W. Thompson, U.S.D.J.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105