```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT
```

JOSLYN ROBINSON                  :

    v.                           :        CASE NO. 3:02CV2120 (AWT)

OFFICER HENDERSON, ET AL.        :


                    NOTICE TO COUNSEL
                PURSUANT TO LOCAL RULE 41(b)

      The above-entitled case was reported to the Court on March 10, 2006 to be settled.  Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within (30) days thereafter.

    Accordingly, an order of dismissal will be entered on April 10, 2006, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact to be settled.

    It is so ordered.

    Dated at Hartford, Connecticut this 29th day of March, 2006.

                                          KEVIN F. ROWE, CLERK


                                      By:  _____/s/_____
                                             Sandra Smith
                                             Deputy Clerk