UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | CIVIL ACTION |
| | : | NO. 3:02CV2120 (AWT) |
| V. | : | |
| | : | |
| OFFICER HENDERSON, | : | |
| THE CITY OF HARTFORD, | : | |
| BRUCE MARQUIS, | : | |
| JOHN DOE OFFICERS | : | MARCH 20, 2006 |

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto stipulate and agree that this action may be dismissed with prejudice, and without costs or attorneys' fees being awarded to any of these named parties, and that judgment enter accordingly.

THE PLAINTIFF:
JOSLYN ROBINSON

BY_____
Donald E. Freeman, Esq.
Fed. Bar No. ct#08650
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

THE DEFENDANTS:
BRUCE MARQUIS,
ALFRED HENDERSON,
RENAUL JOHNSON,
ANTHONY MARTINEZ, AND
CITY OF HARTFORD

By_____
James J. Szerejko of
HALLORAN & SAGE LLP
Fed. Bar #ct04326
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 31st day of March, 2006, I hereby mailed a copy of the foregoing to:

Deron Freeman, Esq.
Donald E. Freeman, Esq.
Law Offices of Donald E. Freeman
21 Oak Street, Suite 203
Hartford, CT 06106

*James J. Szerejko*

802192.1(HS-FP)

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105