## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSLYN ROBINSON | ) | NO.: 3:02CV2120 (AWT) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| OFFICER HENDERSON, | ) | |
| THE CITY OF HARTFORD, | ) | APRIL 3, 2006 |
| BRUCE MARQUIS, | | |
| JOHN DOE OFFICERS | | |
| Defendants. | | |

### RELEASE OF FUNDS TO REGISTRY

Pursuant to Rule 8 of the Local Rules of Civil Procedure this office forwarded a check (copy enclosed) in the amount of $500.00 for Security Costs on February 7, 2003. This case has been settled and the undersigned is requesting said amount be refunded to this office payable to Attorney Donald E. Freeman.

THE PLAINTIFF, JOSLYN ROBINSON

By: _____
Donald E. Freeman, Esq.
21 Oak Street, Suite 306
Hartford, CT 06106
Federal Bar Number: ct08650
(860) 728-0359
Fax: (860) 249-5163
donefree@aol.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 3RD day of April, 2006, to the following counsel of record:

James J. Szerejko, Esq.
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Donald E. Freeman, Esq.

DONALD E. FREEMAN
ATTORNEY AT LAW
OPERATING ACCOUNT
21 OAK STREET
HARTFORD, CT 06106-1513

Fleet www.fleet.com

0677

51-57/119

2/7/03

PAY TO THE ORDER OF  Clerk of United States District Court    $ 500.00

five hundred                                                    DOLLARS

OPERATING ACCOUNT

MEMO  Security for Costs
Joslyn Robinson

AUTHORIZED SIGNATURE

⑈⑈0006 77⑈⑈  ⑉⑉011900571⑉⑉  94188 58216⑈⑈