UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
--------------------------------x
                                :
JOSLYN ROBINSON,                :
                                :
        Plaintiff,              :
                                :
v.                              :   Civ No. 3:02CV02120(AWT)
                                :
OFFICER HENDERSON,              :
THE CITY OF HARTFORD, et al.,   :
                                :
        Defendants.             :
                                :
--------------------------------x
```

**ENDORSEMENT ORDER**

    The plaintiff's motion for return of the $500.00 that was deposited as security for costs pursuant to Local Rule 83.3(a) is hereby GRANTED. The Clerk shall return $500.00 to counsel for the plaintiff, Attorney Donald E. Freeman.

    It is so ordered.

    Dated this 20th day of April 2006 at Hartford, Connecticut.

                                                   /s/
                                    Alvin W. Thompson
                             United States District Judge