UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 APR 20 A 11: 04
DISTRICT COURT

| | | |
|---|---|---|
| JOSLYN ROBINSON | : | |
| v. | : | CASE NO. 3:02CV2120(AWT) |
| OFFICER HENDERSON, OFFICER MARTINEZ, OFFICER JOHNSON, BRUCE MARQUIS, and THE CITY OF HARTFORD | : | |

## JUDGMENT

This action came on for consideration before the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of the case including applicable principles of law, and on March 10, 2006, the court entered an endorsement order denying the defendants' motion for summary judgment.

On April 3, 2006, the parties filed a stipulation to dismiss the case with prejudice and without costs or attorney fees, and asked for judgment to enter.

Accordingly, it is therefore ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered and this action is dismissed with prejudice, and without costs or attorney fees.

Dated at Hartford, Connecticut, this 20th day of April, 2006.

KEVIN F. ROWE, Clerk

By *Sandra Smith*
Sandra Smith
Deputy Clerk